IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTILLES CEMENT CORPORATION,<br><br>    Plaintiff<br><br>    v.<br><br>SILA M. CALDERÓN, et al.,<br><br>    Defendants | CIVIL NO. 02-1643 (JP) |

**FINAL JUDGMENT**

    For the reasons stated in this Court's Opinion and Order entered this same date, the Court **ENTERS JUDGMENT**, for plaintiff Antilles Cement Corporation. The Court declares that Law 109, enacted on July 12, 1985, as amended; and Law 132, sections 9(a) and 9(b), enacted on September 18, 2001, are preempted by the Buy American Act insofar as they are applied to cement produced in foreign countries. The Court permanently enjoins the defendants from enforcing Law 109 and sections 9(a) and 9(b) of Law 132 with respect to cement produced in foreign countries.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 9th day of January, 2009.

                                              s/Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE